IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00251-MSK-MJW

15 CORPORATIONS, INC., a Washington corporation and
ALAN DEATLEY, and individual,

Plaintiffs,

v.

DENVER PROSECUTOR'S OFFICE,
STEVEN BRATTEN, an individual,
JOSEPH MORALES, an individual, and
JOHN DOES 1 through 100,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Denver District Attorney Defendants' Motion to Stay Proceedings and Vacate Scheduling Conference (Docket No. 15) is GRANTED, and discovery is STAYED for the following reasons.

      This court finds that there is pending the Denver District Attorney Defendants' Motion to Dismiss (Docket No. 12) that raises the defenses of absolute immunity, Eleventh Amendment Immunity, and qualified immunity. Pursuant to Workman v. Jordan, 958 F.2d 332, 335 (10th Cir. 1992), *cert. denied,* 514 U.S. 1015 (1995), and Pet Milk Co. v. Ritter, 323 F.2d 586, 587 (10th Cir. 1963) (recognizing that the court has the inherent power to stay proceedings pending before it and to control its docket for the purpose of economy of time and effort for itself, counsel, and litigants), the subject motion should be granted. Further, the court finds that a partial stay would not serve the interests of judicial economy.

      It is FURTHER ORDERED that the Scheduling Conference set for April 11, 2013 at 10:30 a.m. is VACATED.

      It is FURTHER ORDERED that the parties are to submit a written joint status report on or before the 1st of each month, starting on May 1, 2013.

Date: April 4, 2013