IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00251-MSK-MJW

15 CORPORATIONS, INC., a Washington corporation; and
ALAN DEATLEY, an individual,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF REVENUE;
DENVER PROSECUTOR'S OFFICE;
STEVEN BRATTEN, an individual;
KANDACE C. GERDES, an individual;
JOSEPH MORALES, an individual; and
JOHN DOES 1 THROUGH 100,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a friendship with Bill Ritter. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 4th day of April, 2013.

                                         **BY THE COURT:**

                                         */s/ Marcia S. Krieger*

                                         Marcia S. Krieger
                                         Chief United States District Judge